UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOSEPH STERLING, et al.                                      :
                                                             :
                        Plaintiffs,                          :      25-CV-2665 (JHR) (OTW)
                                                             :
              -against-                                      :      **ORDER**
                                                             :
ABERCROMBIE & FITCH CO., et al.                              :
                                                             :
                        Defendants.                          :
                                                             :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 17.

This case is hereby **STAYED** pending the criminal proceedings against certain of the Defendants currently pending in the Eastern District of New York. *See United States v. Jeffries*, 24-CR-423 (NJC) (E.D.N.Y. 2024). The parties are directed to file, on the last Friday of each quarter beginning on **June 30, 2025,** a joint status letter informing the Court of any public updates in the criminal case and whether the stay should continue.

       **SO ORDERED.**

                                                                    *s/ Ona T. Wang*
Dated: April 21, 2025                                               **Ona T. Wang**
       New York, New York                                           United States Magistrate Judge